UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CAROL ABRAMOVITZ<br>RAY ABRAMOVITZ<br>RANDI ABRAMOVITZ<br>CHRISSY OWENS<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br><br>ATLANTIC SPECIALTY<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No.: 23-2076-GEB<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT

The above cause being called for hearing on the 4th day of December 2024. Plaintiffs Carol Abramovitz, Randi Abramovitz, and Chrissy Owens appear via Zoom, Plaintiff Ray Abramovitz appears via Affidavit, and by and through their attorney of record, Ed Dougherty, Dougherty & Holloway, LLC, Defendant Atlantic Specialty Insurance Company, appear by and through their attorney Craig M. Leff, BatesCarey, LLP, via Zoom.

1. The parties agree to waive a jury and submit all issues in the Motion for Approval of Wrongful Death Settlement to the Court for determination, which waiver is expressly approved by the Court. The parties, having advised the Court Plaintiffs have, subject to the approval of the Court, agreed to a compromise settlement of any and all claims which they might have against Defendant, as a result of an automobile accident which occurred on or about October 30, 2020, at or near 211 Street, also called Jarbalo Road, and McIntyre Road, in Leavenworth County, Kansas, and in which Daniel Abramovitz received injuries and damages which directly caused or contributed to cause his death that same day.

The parties further state to the Court said settlement of the claims for the alleged wrongful death of Daniel Abramovitz, deceased, have been reached between Plaintiffs, for and on behalf of all persons who may be entitled to sue and recover for same.

2. The Court finds said settlement for the wrongful death of Daniel Abramovitz is fair, just, and reasonable, and shall be for a confidential sum per Confidential EXHIBIT A, submitted to the undersigned's chambers via email for *in* camera review, against Defendant and settles all claims for wrongful death actions for the death of Daniel Abramovitz against Defendant.

3. The Court, after hearing all the evidence and being fully advised in the premises, finds it is in the best interest of Plaintiffs and all persons entitled to distribution of the proceeds that the above-described settlement be approved.

4. The Court finds, at the time of Daniel Abramovitz's death, he was married to Carol Abramovitz, and was survived by his lawful natural adult children, Plaintiffs Ray Abramovitz, Randi Abramovitz, and Chrissy Owens. Therefore, they are the proper persons entitled to bring this action on behalf of all persons who may be entitled to sue and recover damages for the alleged wrongful death of Daniel Abramovitz, deceased. The Court further finds the persons entitled, pursuant to K.S.A. 60-1902, to make claim for the alleged wrongful death of Daniel Abramovitz and to share in the settlement proceeds are: Carol Abramovitz, Ray Abramovitz, Randi Abramovitz, and Chrissy Owens.

5. The Court, therefore, approves the settlement and orders and directs Plaintiffs Carol Abramovitz, Ray Abramovitz, Randi Abramovitz, and Chrissy Owens to collect the approved combined settlement amount of a confidential sum per Confidential EXHIBIT A as against Defendant as described above, and to execute a release and satisfaction of

judgment releasing Defendant from any and all claims, demands, and damages whatsoever and particularly on account of all injuries known and unknown both to the person and property of Daniel Abramovitz which resulted in death from an automobile accident which occurred on or about October 30, 2020.

6. Defendant has denied the allegations in the Motion and any other claims of underinsured motorist coverage or claims of liability regarding the decedent but has consented to the proposed settlement in this matter for the purpose of settling and resolving all claims and disputes between these parties arising out of the accident in question.

7. The Court further specifically approves Plaintiffs Carol Abramovitz, Ray Abramovitz, Randi Abramovitz, and Chrissy Owens attorney's fee contract entered into with Ed Dougherty of Dougherty & Holloway, LLC and the fee agreement and orders Plaintiffs to pay to their attorney a confidential sum per Confidential EXHIBIT A as and for reasonable attorney's fees and expenses.

8. The Court finds the known workers' compensation lien related to Daniel Abramovitz's death is resolved and accounted for pursuant to Confidential EXHIBIT A and representations by Plaintiffs' counsel.

9. Plaintiffs Carol Abramovitz, Ray Abramovitz, Randi Abramovitz, and Chrissy Owens are further ordered they should distribute the net proceeds of said settlement pertaining to the wrongful death of Daniel Abramovitz in accordance with Confidential EXHIBIT A.

**IT IS SO ORDERED**

Dated December 4, 2024.

                                              s/ Gwynne E. Birzer
                                              GWYNNE E. BIRZER
                                              U.S. Magistrate Judge